**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL J. FITZGERALD, | ) | CASE NO. CV 12-05366 AG (RZ) |
| Petitioner, | ) | |
| vs. | ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| LINDA T. McGREW, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Petitioner has not filed any written objections to the Report. The Court (1) accepts the findings and recommendations of the Magistrate Judge; and (2) grants Respondent's motion to dismiss without prejudice.

DATED: February 28, 2013

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE