O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FITZGERALD WILSON,<br><br>    Petitioner,<br><br>  vs.<br><br>LINDA T. McGREW, WARDEN,<br><br>    Respondent. | CASE NO. CV 12-05366 AG (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of MICHAEL FITZGERALD WILSON for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: February 28, 2013

*[signature]*

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE